UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                                                    ORDER
           v.                                                                  07-CR-265

ROBERT HUNTER,

                               Defendant.

---

      The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(A).  On April 23, 2008, March 10, 2008, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendant's motion for suppression of evidence be denied.

      The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties.  No objections having been timely filed, it is hereby

      ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendant's motions for suppression is denied.

      Counsel shall appear on May 16, 2008 at 9:00 a.m.for a meeting to set a date for trial.

SO ORDERED.

                s/ *Richard J. Arcara*
                HONORABLE RICHARD J. ARCARA
                CHIEF JUDGE
                UNITED STATES DISTRICT COURT

DATED:  May   14   , 2008